# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ROBERT COONEY**                                                          **PLAINTIFF**
**#00048925**

v.                                    **No. 4:21-cv-897-DPM**

**JOHN STALEY, Sheriff,**
**Lonoke County and KRISTI**
**FLUD, Jail Administrator,**
**Lonoke County**                                              **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Cooney hasn't filed an amended complaint; and the time to do so has passed. *Doc. 5*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

*12 January 2022*