# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ROBERT COONEY                                          PLAINTIFF
#00048925

v.                              No. 4:21-cv-897-DPM

JOHN STALEY, Sheriff,
Lonoke County and KRISTI
FLUD, Jail Administrator,
Lonoke County                                         DEFENDANTS

## JUDGMENT

Cooney's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

12 January 2022